IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


TA Instruments, et al        )
                             )
                             )
       v.                    )        C.A. 95-545 SLR
                             )
                             )
   Perkin-Elmer Corp.        )


O R D E R


   This __10th__ day of __May__, 2005, it appearing that:

   1.   All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

   2.   The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

   3.   This case will be forwarded to the FARC after being held for the minimum period of six months.

   4.   During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

   5.   The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

NOW, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

                                                                            _____
                                                                           United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2005

**Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

RE:   TA Instruments, et al v. Perkin-Elmer Corp.
      CA 95-545 SLR

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by June 1, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

*REDACTED VERSION OF DOCKET SHEET*

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:95-cv-00545-SLR
### Internal Use Only

TA Instruments, et al v. Perkin - Elmer Corp.
Assigned to: Honorable Sue L. Robinson
Demand: $0

Case in other court:

Cause: 35:271 Patent Infringement

Date Filed: 09/07/1995
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**TA Instruments Inc.**                 represented by **Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: rherrmann@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Perkin - Elmer Corp.**                 represented by **Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: jceballos@balick.com
*TERMINATED: 09/04/2001*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*TERMINATED: 08/27/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Perkin - Elmer Corp.**        represented by **William J. Marsden, Jr.**
                                (See above for address)
                                *TERMINATED: 08/27/1997*
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

                                **Richard L. Horwitz**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

TA Instruments Inc.                    represented by **Richard K. Herrmann**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/1996 | 65 | EXCERPT OF DEPOSITION of John W. Furry, Ph.D. held at the offices of Crowell & Moring on Thursday, September 12, 1996; attachment to November 15, 1996 letter from Lawrence B. Goodwin to The Honorable Mary Pat Trostle (SEALED) (ds) (Entered: 11/18/1996) |
| 01/08/1997 | 78 | Declaration of Tzvi Hirshaut in supp. of deft's crs.-mot. sum. judg. & in oppos. to pltf's mot. for sum. judg.------SEALED (bkb) (Entered: 01/09/1997) |
| 03/27/1997 | 109 | Opening Brief Filed by Perkin - Elmer Corp. [108-1] motion for Summary Judgment Answer Brief due 4/10/97 (SEALED) (lf) (Entered: 03/27/1997) |
| 03/27/1997 | 110 | Declaration of Marc Pensabene (SEALED) (lf) (Entered: 03/27/1997) |
| 05/15/1997 | 143 | Answer Brief Filed by TA Instruments Inc. [108-1] motion for Summary Judgment Reply Brief due 5/22/97 (SEALED) (lf) (Entered: 05/16/1997) |
| 05/15/1997 | 144 | Appendix to Brief Filed by TA Instruments Inc. Appending [143-1] answer brief (SEALED) (lf) (Entered: 05/16/1997) |
| 06/09/1997 | 153 | Reply Brief Filed by Perkin - Elmer Corp. [108-1] motion for Summary Judgment (SEALED) (lf) (Entered: 06/10/1997) |
| 06/09/1997 | 154 | Declaration of Marc Pensabene (SEALED0 (lf) (Entered: 06/10/1997) |

| | | |
|---|---|---|
| 06/13/1997 | 159 | Opening Brief Filed by Perkin - Elmer Corp. [158-1] motion for Summary Judgment of noninfringement of TA instrument patent nos. 5,224,775, 5,346,306 and 5,439,291 Answer Brief due 6/27/97 (SEALED) (lf) (Entered: 06/23/1997) |
| 06/13/1997 | 160 | Appendix to Brief Filed by Perkin - Elmer Corp. Appending [159-1] opening brief (SEALED0 (lf) (Entered: 06/23/1997) |
| 06/19/1997 | 166 | Letter dated 6/19/97 from Richard herrmann, Esq. to Judge Robinson (SEALED) (lf) (Entered: 06/23/1997) |
| 08/15/1997 | 198 | CROSS MOTION by TA Instruments Inc. for Summary Judgment of infringement of its patents under the doctrine of equivalents Opening brief due 8/29/97 re: [198-1] cross motion (SEALED) (lf) (Entered: 08/18/1997) |
| 08/15/1997 | 199 | Opening Brief Filed by TA Instruments Inc. [198-1] cross motion for Summary Judgment of infringement of its patents under the doctrine of equivalents Answer Brief due 8/29/97 and in opposition to Perkin-Elmer's summary judgment motion (SEALED) (lf) (Entered: 08/18/1997) |
| 08/15/1997 | 200 | Appendix to Brief Filed by TA Instruments Inc. (SEALED) (lf) (Entered: 08/18/1997) |
| 08/18/1997 | 202 | Opening Brief Filed by Perkin - Elmer Corp. [201-1] motion in Limine to exclude the testimony of Professor Bernhard Wunderlich Answer Brief due 9/2/97 (SEALED) (lf) (Entered: 08/19/1997) |
| 08/18/1997 | 203 | Appendix to Brief Filed by Perkin - Elmer Corp. Appending [202-1] opening brief (SEALED) (lf) (Entered: 08/19/1997) |
| 08/29/1997 | 210 | ENCLOSURES filed under seal to letter from Joanne Ceballos, Esq. to Judge Robinson (DI 209) (SEALED0 (lf) Modified on 09/03/1997 (Entered: 09/03/1997) |
| 08/29/1997 | 211 | Letter dated 8/29/97 from Richard Herrmann, Esq. to Judge Robinson; (SEALED) (lf) (Entered: 09/03/1997) |
| 09/02/1997 | 213 | Opening Brief Filed by TA Instruments Inc. [212-1] motion for Summary Judgment of noninfringement of Perkin-Elmer's Automatic Calibration Patent Answer Brief due 9/16/97 (SEALED) (lf) (Entered: 09/03/1997) |

| | | |
|---|---|---|
| 09/02/1997 | 214 | Appendix to Brief Filed by TA Instruments Inc. Appending [213-1] opening brief (SEALED) (lf) (Entered: 09/03/1997) |
| 09/02/1997 | 215 | Answer Brief Filed by TA Instruments Inc. [201-1] motion in Limine to exclude the testimony of Professor Bernhard Wunderlich Reply Brief due 9/9/97 (SEALED) (lf) (Entered: 09/03/1997) |
| 09/02/1997 | 216 | Appendix to Brief Filed by TA Instruments Inc. Appending [215-1] answer brief (SEALED) (lf) (Entered: 09/03/1997) |
| 09/11/1997 | 221 | Reply Brief Filed by Perkin - Elmer Corp. [201-1] motion in Limine to exclude the testimony of Professor Bernhard Wunderlich (SEALED) (lf) (Entered: 09/12/1997) |
| 09/11/1997 | 222 | Appendix to Brief Filed by Perkin - Elmer Corp. Appending [221-1] reply brief (SEALED0 (lf) (Entered: 09/12/1997) |
| 09/29/1997 | 225 | Answer Brief Filed by Perkin - Elmer Corp. [198-1] cross motion for Summary Judgment of infringement of its patents under the doctrine of equivalents Reply Brief due 10/6/97 (SEALED) (lf) (Entered: 09/30/1997) |
| 09/29/1997 | 226 | Reply Brief Filed by Perkin - Elmer Corp. [158-1] motion for Summary Judgment of noninfringement of TA instrument patent nos. 5,224,775, 5,346,306 and 5,439,291 (SEALED) (lf) (Entered: 09/30/1997) |
| 09/29/1997 | 227 | Appendix to Brief Filed by Perkin - Elmer Corp. Appending [226-1] reply brief, [225-1] answer brief (SEALED0 (lf) (Entered: 09/30/1997) |
| 10/06/1997 | 229 | Answer Brief Filed by Perkin - Elmer Corp. [212-1] motion for Summary Judgment of noninfringement of Perkin-Elmer's Automatic Calibration Patent Reply Brief due 10/14/97 and opening brief to Motion for summary judgment of infringement of claim 1 of '641 patent (SEALED) (lf) (Entered: 10/07/1997) |
| 10/06/1997 | 230 | Appendix to Brief Filed by Perkin - Elmer Corp. Appending [229-1] answer brief (SEALED) (lf) (Entered: 10/07/1997) |
| 10/20/1997 | 231 | Reply Brief Filed by TA Instruments Inc. [198-1] cross motion for Summary Judgment of infringement of its patents under the doctrine of equivalents (SEALED) (lf) (Entered: 10/21/1997) |

| | | |
|---|---|---|
| 10/22/1997 | 232 | Appendix to Brief Filed by TA Instruments Inc. Appending [231-1] reply brief (SEALED) (lf) (Entered: 10/21/1997) |
| 10/29/1997 | 236 | Reply Brief Filed by TA Instruments Inc. [212-1] motion for Summary Judgment of noninfringement of Perkin-Elmer's Automatic Calibration Patent and in opposition to PE's crossmotion for summary judgment of infringement of claim 1 (SEALED) (lf) (Entered: 10/30/1997) |
| 10/29/1997 | 237 | Appendix to Brief Filed by TA Instruments Inc. Appending [236-1] reply brief (SEALED) (lf) (Entered: 10/30/1997) |
| 11/06/1997 | 239 | Reply Brief Filed by Perkin - Elmer Corp. [233-1] motion to Strike [231-1] reply brief (SEALED) (lf) (Entered: 11/07/1997) |
| 11/12/1997 | 240 | Reply Brief Filed by Perkin - Elmer Corp. [228-1] cross motion for Summary Judgment of infringement of claim 1 of US Patent No. 4,246,641 (SEALED) (lf) (Entered: 11/12/1997) |
| 11/25/1997 | 243 | Letter dated 11/25/97 from Robert Payson, Esq. to Judge Robinson; (SEALED) (lf) (Entered: 11/28/1997) |
| 12/15/1997 | 249 | Appendix to Brief Filed by Perkin - Elmer Corp. Appending [248-1] opening brief (SEALED). (sm) (Entered: 12/16/1997) |
| 12/22/1997 | 252 | Answer Brief Filed by TA Instruments Inc. [245-1] motion in Limine to Preclude Pltf. from Presenting Evidence of Secondary Considerations of Nonobviousness and, if necessary, to Stage the Trial of this action - Reply Brief due 12/29/97 (SEALED) (lf) Modified on 12/23/1997 (Entered: 12/23/1997) |
| 12/22/1997 | 253 | Appendix to Brief Filed by TA Instruments Inc. Appending [252-1] answer brief (SEALED) (lf) (Entered: 12/23/1997) |
| 12/22/1997 | 254 | Answer Brief Filed by TA Instruments Inc. [247-1] motion To Preclude Pltf. from Asserting Claim 26 of the '306 Patent - Reply Brief due 12/29/97 (SEALED) (lf) (Entered: 12/23/1997) |
| 12/22/1997 | 255 | Appendix to Brief Filed by TA Instruments Inc. Appending [254-1] answer brief (SEALED) (lf) (Entered: 12/23/1997) |
| 02/03/1998 | 302 | NOTICE of Proffer with respect to infringement (SEALED) (lf) (Entered: 02/03/1998) |

| | | |
|---|---|---|
| 02/17/2000 | 382 | Certified and transmitted record on appeal to Federal Circuit Court of Appeals: exit actual SEALED DOCUMENTS with one certified copy of the docket entries. (dab) (Entered: 02/17/2000) |
| 08/10/2001 | 386 | SEALED Letter to Judge Robinson by R. Herrmann (ljj) (Entered: 08/13/2001) |
| 08/10/2001 | 388 | SEALED MEMORANDUM Filed by TA Instruments Inc. [387-1] motion for Summary Judgment of Non-Infringement of Perkin-Elmer's U.S. Patent 4,246,641 In View of the Federal Circuit's Claim Construction - Answer Brief due 8/24/01 (ljj) (Entered: 08/13/2001) |
| 09/21/2001 | 397 | SEALED Answer Brief Filed by Perkin - Elmer Corp. [390-1] motion to Show Cause Why Deft. Perkin-Elmer Corp. Should Not Be Held In Contempt Of The Court's Injunction - Reply Brief due 9/28/01 (rld) (Entered: 09/24/2001) |
| 09/21/2001 | 398 | SEALED Appendix to Brief Filed by Perkin - Elmer Corp. Appending [397-1] answer brief (rld) (Entered: 09/24/2001) |
| 10/31/2001 | 405 | SEALED Reply Brief Filed by TA Instruments Inc. [390-1] motion to Show Cause Why Deft. Perkin-Elmer Corp. Should Not Be Held In Contempt Of The Court's Injunction (rld) (Entered: 11/01/2001) |
| 12/05/2001 | 412 | SEALED Answer Brief Filed by TA Instruments Inc. [407-1] motion for Leave to File Surreply Brief in opp. to TA's Motion for an order to show cause - Reply Brief due 12/12/01 (rld) (Entered: 12/06/2001) |
| 08/19/2002 | 451 | SEALED Answer Brief Filed by TA Instruments Inc. [442-1] motion in Limine to preclude the disclosure of inadmissable evidence from pltf.'s exs. 235-238 to the jury (rld) (Entered: 08/20/2002) |
| 08/22/2002 | 517 | SEALED Reply Brief to Perkin-Elmer's Opposition to TA Instruments' Motion in Limine Filed by TA Instruments Inc. (fmt) (Entered: 10/16/2002) |
| 09/05/2002 | 460 | SEALED MOTION by TA Instruments Inc. for Reargument and Reconsideration of the court's denial of TA's Motion in Limine with respect to Dr. Frishberg re: [460-1] motion (fmt) Modified on 09/06/2002 (Entered: 09/06/2002) |

| Date | No. | Description |
|---|---|---|
| 12/23/2002 | 529 | SEALED Exhibits Filed by TA Instruments Inc. to [528-1] Memorandum in Support (fmt) Modified on 12/26/2002 (Entered: 12/26/2002) |
| 02/25/2003 | 541 | SEALED CONSOLIDATED Reply Brief Filed by TA Instruments Inc. [527-1] motion for enhanced damages, [527-2] motion for Attorney Fees, [525-1] motion for Declaration of Contempt and Modification of the March, 1999 Injunction, [524-1] motion for Prejudgment Interest (rld) (Entered: 02/26/2003) |