OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

**Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

RE:   **TA Instruments, et al v. Perkin-Elmer Corp.**
      CA 95-545 SLR

Dear Counsel:

Pursuant to the Order entered on 10th of May, 2005 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   143,144,166,198,199,200,211,213,214,215,216,231,232,236,237,252,253,254, 255,386,388,389,391,392,405,412,451,460,517,529, and 541

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *[signature]*

I hereby acknowledge receipt of the above mentioned documents

on  6-C-05  .

_____
Signature