OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
PO Box 951
Wilmington, DE 19899

RE:   **TA Instruments, et al v. Perkin-Elmer Corp.**
      CA 95-545 SLR

Dear Counsel:

Pursuant to the Order entered on 10th of May, 2005 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    65,78,109,110,153,154,159,160,202,203,210,221,222,225,226,227,229,230,239, 240,243,249,302,397, and 398

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on 6·1·05.

Signature