IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TA INSTRUMENTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 95-545-SLR |
| | ) |
| PERKIN-ELMER CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiff TA Insturment's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Richard Herrmann, Esq.

Date: September 19, 2007

Returned by: _____, Deputy Clerk